UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGOC LAM CHE,<br><br>       Plaintiff,<br><br>    v.<br><br>ANDREW QUANG NGO, et al.,<br><br>       Defendants. | Case No. 22-cv-02481-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Ngoc Lam Che filed the present action on April 22, 2022. Dkt. No. 1. Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was August 12, 2022 and Mr. Johnson's last day to file a notice of need for mediation was September 23, 2022. Dkt. No. 6. Mr. Che did not file a notice of need for mediation, nor did he seek relief from the September 23 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Che is directed to file a written response to this order by **October 11, 2022** and to appear before the Court on **October 18, 2022 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 4, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge