# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW QUANG NGO, an individual and as Trustee of the NGO and LE LIVING TRUST; KATIE KHUELAN LE, an individual and as Trustee of the NGO and LE LIVING TRUST;<br><br>　　　　Defendants. | Case No.:  5:22-cv-02481-VKD<br><br>**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Virginia K. DeMarchi presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendants shall be dismissed with prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: October 14, 2022

Hon. Virginia K. DeMarchi
Judge, United States District Court,
Northern District of California